AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Renzo William Alegre,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 20-MJ-6448-AOV<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 16, 2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Vanessa Juede, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

Date: September 16, 2020

*Judge's signature*

City and state: Fort Lauderdale, Florida

Alicia O. Valle, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Vanessa Juede, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations, Fort Lauderdale, Florida. I have been employed as a Special Agent since October 2002. I am responsible for investigations of offenses under Titles 8, 18, 19 and 21 of the United States Code. As part of my daily duties as a HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a), 2252A, 2251(a) and (e), and 2422(b). I have received training in the area of child pornography and child exploitation.

2. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have also conducted several child pornography and child exploitation investigations, which has involved reviewing several forms of media, including computers.

3. I make this Affidavit in support of a criminal complaint charging **Renzo William Alegre ("ALEGRE")** with possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

4. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this Affidavit each and every fact known to me or to other law

enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause.

## PROBABLE CAUSE

5. In and around July 2020, while working in an undercover capacity, law enforcement officers signed onto the internet through a computer located in the HSI Fort Lauderdale Office. Law enforcement utilized BitTorrent, an enhanced version of a publicly available peer-to-peer file sharing program, to identify individuals sharing images and/or videos depicting the sexual exploitation of children.

6. During the investigation, law enforcement identified a computer on BitTorrent that was associated with a torrent file[1] believed to contain files depicting child pornography. Specifically, the computer in question utilized IP address **66.229.49.11** ("Target IP Address") to access BitTorrent and share files with hash values of images and videos of suspected child pornography.

7. On July 3, 2020, law enforcement completed the download of several video and image files depicting child pornography that the computer at the Target IP Address made available.

8. Based on a review of the downloaded files, law enforcement determined that there were numerous files depicting children under the age of eighteen (18) engaged in sexual acts and/or the lascivious exhibition of their genitals, all of which was consistent with child pornography. A sample of three (3) of the files downloaded are described as follows:

    A) <u>File name</u>: !!!New!!!(Pthc)LPVD 4yo cocked

---

[1] A "Torrent" is typically a small file that describes the file or files to be shared. It contains the information needed to accomplish a download of the designated file or files. This information includes the name(s) of the file or files referenced in the "Torrent."

          Description: Video depicts an adult male placing a prepubescent female on top of his penis, facing the child toward the camera.

    B)    File name: (Pthc) Dad Cum In Me
          Description: Video depicts an adult male vaginally penetrating a prepubescent female with his penis.

    C)    File Name: 11YOGI – 1 mpy
          Description: Video depicts an adult male vaginally penetrating a prepubescent female with his penis.

9. Law enforcement conducted a search of a publicly available database and determined that Comcast registered the Target IP Address. Law enforcement subsequently submitted an administrative subpoena to Comcast. Results from the subpoena showed that, on the date that law enforcement downloaded the child pornography, Comcast had assigned the Target IP Address to an account belonging to a service address of 4235 North University Drive, Sunrise, Florida 33351 ("the Residence").

10. On September 16, 2020, law enforcement executed a search warrant of the residence, signed by the Honorable United States Magistrate Judge Alicia O. Valle. The search of the residence revealed one (1) ibuypower desktop bearing serial number 3B73-7BE8-CAA3-8890-639, located in ALEGRE's bedroom. A preliminary forensic examination of ALEGRE's computer revealed approximately one-hundred (100) videos. A preliminary forensic examination of ALEGRE's cellular telephone also revealed two-hundred (200) videos containing suspected child pornography. Some of the videos are described as follows:

    A)    File Name:   "cp niña de cabello rubio lamiendo.mp4"
          Description:  Video depicts a prepubescent female performing oral sex on an adult male's penis.

    B)    File Name: "cp niñas de calcetas café de rombos mamando a hombre.mp4"
          Description:  Video depicts a prepubescent female performing oral sex on an adult male's penis.

        C)    <u>File Name</u>:   "AN55.mp4"
             <u>Description</u>:   Video depicts a prepubescent female being vaginally penetrated by an adult male's penis.

11.    ALEGRE waived his *Miranda* rights and agreed to speak with law enforcement. ALEGRE advised that he first encountered child pornography approximately one (1) year ago and he has been using the uTorrent program on his desktop computer, described in paragraph 10. ALEGRE stated that his computer is password protected and he is the only user.

12.    ALEGRE advised that he is "addicted" to child pornography and he watches videos of child pornography at least three (3) times a week. ALEGRE transferred the videos containing child pornography to a sub-folder labeled, "Important," in the "Documents" folder on his desktop computer.

13.    ALEGRE stated that he gets aroused and masturbates every time he watches one of the videos. He further stated that the last time he watched a video containing child pornography was the evening prior to the execution of the search warrant. ALEGRE also advised, "I wish I can tell you that will never do that again, but I think is too late."

[PAGE INTENTIONALLY LEFT BLANK]

## CONCLUSION

14. Based upon the information provided above, I respectfully submit that probable cause exists to believe that Renzo William Alegre did violate Title 18, United Code, Section 2252(a)(4)(B).

**FURTHER YOUR AFFIANT SAYETH NOT.**

Respectfully submitted,

_____
Vanessa Juede, Special Agent
Homeland Security Investigations (HSI)

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, on this 16th day of September 2020, at Fort Lauderdale, Florida.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE